UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-CR-20839-PCH

UNITED STATES OF AMERICA,
 Plaintiff,

v.

KIRBY LOGAN ARCHER and
GUILLERMO ALFONZO ZARABOZO,
 Defendants.
_____/

## ORDER ON MOTION BY HUMBERTO R. DOMINGUEZ TO BE EXCUSED AND/OR RESET THE HEARING OF MAY 21, 2008

**THIS CAUSE** came before this Court, on the Motion by Humberto R. Dominguez to be Excused and/or Reset the Hearing of May 21, 2008, the Court having considered the Motion and being otherwise fully advised in the premises, it is thereupon

**ORDERED AND ADJUDGED** that the Motion by Humberto R. Dominguez to be Excused and/or Reset the Hearing of May 21, 2008 is hereby **GRANTED.**

**DONE AND ORDERED** in the Southern District of Florida this ___ day of May 2008.

_____
UNITED STATES DISTRICT COURT JUDGE