UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-20839-CR-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KIRBY ARCHER,
    Defendant.
_____/

### ORDER DENYING AS MOOT DEFENDANT, KIRBY ARCHER'S MOTION FOR SEVERANCE

THIS MATTER came before the Court by virtue of the Defendant, Kirby Archer's Motion for Severance (D.E. #103) filed on April 17, 2008. After careful review of the Motion, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion for Severance is DENIED AS MOOT because the Defendant has pled guilty to the charges in the indictment.

DONE AND ORDERED in chambers in Miami, Florida this 28 day of July, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record